**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.L.A.      :  No. 366 MAL 2015
                                      :
                                      :
PETITION OF: C.L.A.          :  Petition for Allowance of Appeal from
                                      :  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.